MYRTLE HODGE, as Assignee of MIRIAM HODGE et al., Appellant, v. 177–10 CORPORATION, Respondent.

Supreme Court, Appellate Term, First Department, January 11, 1946.

*Arnold W. Arnold* for appellant.

No appearance for respondent.

MEMORANDUM *Per Curiam.* The provision of the lease that the lessees' deposit as security shall not be assigned without the written consent of the lessor did not bar this action brought after the expiration of the term by the assignee of the lessees' cause of action.

The judgment should be reversed and new trial ordered, with $30 costs to appellant to abide the event.

HAMMER, McLAUGHLIN and EDER, JJ., concur.

Judgment reversed, etc.